**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT WILSON DENT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 22-756** |
| | : | |
| **TIMOTHY J. MORRIS** | : | |

# ORDER

**AND NOW**, this 9th day of March 2022, upon considering the incarcerated pro se Plaintiff's Motion for appointment of counsel and for summary judgment (ECF Doc. No. 6), mindful we continue to screen Plaintiff's Complaint for merit under 21 U.S.C. § 1915, and finding no present basis for an appointment of counsel until we can address the screening and close the pleadings at which point we may better understand the issues, possible discovery, and the complexity of the case to more fully inform our decision as to whether to refer this matter to the Court's volunteer panel or otherwise appoint counsel, and for reasons in an accompanying Memorandum, it is **ORDERED** the incarcerated pro se Plaintiff's Motion (ECF Doc. No. 6) is **DENIED** without prejudice.

**KEARNEY, J.**